# STATE OF MICHIGAN

# COURT OF APPEALS

JOANNE D. DAWLEY, individually and as personal representative of the ESTATE OF JAMES ARMOUR II,

Plaintiff-Appellant,

v

RODNEY W. HALL,

Defendant-Appellee.

FOR PUBLICATION
May 9, 2017

No. 331800
Mason Circuit Court
LC No. 15-000189-NI

Before: BORRELLO, P.J., and WILDER and SWARTZLE, JJ.

BORRELLO, P.J., (*concurring*).

I concur in result only.

/s/ Stephen L. Borrello

-1-